■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
ERIC LEE, Appellant. [635 NYS2d 468] —Judgment, Supreme Court,
New York County (Leslie Crocker Snyder, J.), rendered
November 12, 1993, convicting defendant, upon his plea of
guilty, of criminal sale of a controlled substance in the second
degree and criminal possession of a weapon in the third degree
and sentencing him to concurrent terms of $8^1/_3$ years to life
and $2^1/_3$ to 7 years, respectively, unanimously modified, as a
matter of discretion in the interest of justice, to the extent of
reducing the sentence on the conviction of criminal sale of a
controlled substance in the second degree to a term of 5 years
to life and otherwise affirmed.

We find the sentence excessive to the extent indicated.
Concur—Rosenberger, J. P., Rubin, Kupferman and Williams,
JJ.